UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5: 10-CR-144-1D(4)

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) |
| | ) |
| TRAVIS SHONTA ALLEN | ) |
| Defendant. | ) |

ORDER ON MOTION
TO WITHDRAW PLEA

This matter having come before the Court by motion of counsel for the Defendant to allow the Defendant to withdraw his plea of guilty to the Indictment and to withdraw the Memorandum of Plea accepted May 16, 2011 is unopposed by the Office of the United States Attorney, and therefore for good cause shown, it is hereby ORDERED that the Defendant is allowed to withdraw his plea of guilty accepted May 16, 2011 and to withdraw the Memorandum of Plea filed May 16, 2011.

IT IS SO ORDERED.

This the  14  day of October, 2011.

James C. Dever III
Chief United States District Judge